Myrtle L. Ewing, Plaintiff-Appellee, v. Central National Life Insurance Company, Defendant-Appellant.

Gen. No. 11,334.

Second District, Second Division.

April 18, 1960.

George W. Crampton, and Richard Y. Rowe, Jr., for defendant-appellant; James C. Allen, for plaintiff-appellee. Opinion by JUSTICE WRIGHT. **Not to be published in full.**